An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC MESI; AND VANESSA MESI,
Appellants,
vs.
RENO TAHOE AUTO GROUP; AND
WELLS FARGO BANK,
Respondents.

No. 68680

FILED

NOV 1 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge. Appellants are proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our review of the documents transmitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellants appeal "(from the final judgment) (from the order (describing it) entered in this action on the 20th day of July 2015 [sic]." No order or final judgment was entered on July 20, 2015. To the extent appellants are appealing from the order entered on June 4, 2015, the notice of appeal is untimely filed because it was filed more than thirty days after service of written notice of entry of the judgment or order. See NRAP 4(a)(1); NRAP 26(c). As appellants fail to identify any appealable order, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ , J.
Saitta

_____ , J.
Gibbons

_____ , J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-35426

cc: Hon. Patrick Flanagan, District Judge
Eric Mesi
Vanessa Mesi
Snell & Wilmer, LLP/Las Vegas
Scott W. Edwards
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A